# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 23, 2023

## NO. 03-20-00138-CR

**Danielle Leigh Edwards, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED IN PART;
REVERSED AND REMANDED IN PART ON REMAND –
OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the portion of the judgment finding guilt that requires reversal. However, there was error in that portion of the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect a conviction for the state-jail felony offense of endangering a child. The trial court's judgment of conviction, as modified, is affirmed. However, the Court reverses the portion of the judgment imposing sentence and remands the case to the trial court for a new punishment hearing on the lesser-included offense. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.